ROSNER, BARRY & BABBITT, LLP
Hallen D. Rosner, SBN: 109740
Christopher P. Barry, SBN: 179308
Angela J. Smith, SBN: 216876
Sharon E. Glassey, SBN: 226481
10085 Carroll Canyon Road, Suite 100
San Diego, CA 92131
TEL: (858) 348-1005
FAX: (858) 348-1150

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| RICHARD CENTENO, an individual; and MERCEDES CENTENO, an individual; <br><br> Plaintiffs, <br><br> v. <br><br> MCCALL AUTOMOTIVE, INC., a California Corporation, dba TOYOTA CENTRAL; TOYOTA MOTOR CREDIT CORPORATION, a California Corporation; and DOES 1 through 75, inclusive, <br><br> Defendants. | CASE NO. CV 11-09770 TJH(JCx) <br><br> **ORDER DISMISSING ACTION [JS-6]** <br><br> Judge: Hon. Terry J. Hatter, Jr. <br> Ctrm: 17 <br><br> Complaint Filed: October 21, 2011 |

Based on the stipulation of the parties, the Court hereby dismisses this entire action, with prejudice.

IT IS SO ORDERED.

Dated: May 3, 2012

_____
HON. TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE